AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship, <br><br> Plaintiff(s) <br><br> v. Eric Castellanos, et al <br><br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:24-cv-10066-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ERIC CASTELLANOS, Individually, and as officer, director, shareholder, principal, manager and/or member of BEARDS AND BREWS LLC,
2904 Harris Ave
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Aug 22, 2024



Angela E. Noble
Clerk of Court

s/ M.Quezada
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

Plaintiff(s)

v. Eric Castellanos, et al

Defendant(s)

Civil Action No. 4:24-cv-10066-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* VICTORIA CASTELLANOS, Individually, and as officer, director, shareholder, principal, manager and/or member of BEARDS AND BREWS LLC,
2904 Harris Ave
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  Aug 22, 2024



Angela E. Noble
Clerk of Court

s/ M.Quezada

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship, </br></br> Plaintiff(s) </br></br> v. Eric Castellanos, et al </br></br> Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:24-cv-10066-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BEARDS AND BREWS LLC,
5450 Macdonald Ave, Unit 6
Key West, FL 33040

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alan D. Danz, Esq
Danz Law, PLLC
15951 S.W. 41st Street, Suite 800
Davie, FL 33331
(954) 530-9245

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: ___ Aug 22, 2024 ___

Angela E. Noble
Clerk of Court

s/ M.Quezada
_____
Deputy Clerk
U.S. District Courts